IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| v. | * | Case No.: 1:21-mj-00550 |
| **CYNTHIA CATHERINE BALLENGER** and **CHRISTOPHER JOHN PRICE** | * * | |
| | * | |
| **Defendants** | | |
| | * | |

* * * * * * * * * * * * * * * * * * * * *

## ENTRY OF APPEARANCE

Please enter the appearance of Steven H. Levin and the law office of Rosenberg Martin Greenberg, LLP as retained counsel in this case for the Defendants Cynthia Catherine Ballenger and Christopher John Price.

Date: August 9, 2021

/s/
Steven H. Levin (Federal Bar No: 28750)
Rosenberg Martin Greenberg, LLP
25 South Charles Street, 21st Floor
Baltimore, Maryland  21201
slevin@rosenbergmartin.com
Phone: (410) 727-6600
Fax: (410) 727-1115
*Counsel for Defendants*
*Cynthia Catherine Ballenger*
*and Christopher John Price*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of August 2021, a copy of the foregoing Entry of Appearance was served upon all counsel entitled to service by electronic mail.

/s/
Steven H. Levin