AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Christopher John Price<br><br>Defendant | )<br>)  Case: 1:21-mj-00550<br>)  Assigned To : Faruqui, Zia M.<br>)  Assign. Date : 7/30/2021<br>)  Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Christopher John Price,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752(a)(1) and (2) - Restricted Building or Grounds;
40 U.S.C. §§ 5104(e)(2)(D) and (G) - Violent Entry or Disorderly Conduct.

Date: 07/30/2021

_____
Issuing officer's signature

City and state:   Washington, D.C.         Zia M. Faruqui, U.S. Magistrate Judge
                                                                    *Printed name and title*

---

### Return

This warrant was received on *(date)* 8/9/2021, and the person was arrested on *(date)* 08/09/2021
at *(city and state)* Baltimore, MD.

Date: 8/9/2021

_____
Arresting officer's signature

SA Jeffrey Belcher, FBI
*Printed name and title*