

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

September 29, 2021

**BY EMAIL**

Steven H. Levin
Rosenberg Martin Greenberg, LLP
25 South Charles Street, 21st Floor
Baltimore, Maryland 21201
slevin@rosenbergmartin.com

       *Re:*   *United States v. Cynthia Ballenger & Christopher*
         *Price*, Case No. 21-mj-550

Dear Mr. Levin:

Attached please find a guide to additional discovery in this matter, which is being provided through a shared folder on USA File Exchange (USAfx) titled "US v. Price & Ballenger (Discovery)."

These items are being provided pursuant to the agreed upon protective order, and pursuant to that order certain items may be designated as "SENSITIVE" or "HIGHLY SENSITIVE" in the list below and in the USAfx folders.

The following items were provided in discovery:

| Production Date | Contents | Description & Items |
|---|---|---|
| 9/24/21 | 1 ZIP file, 1 pdf file, 1 xls file | **Reports of Alleged Wrongdoing by USCP Officers** |
| 9/29/21 | 1 pdf & 3 attachments | **Opening Communication**<br>[SENSITIVE] 266T-BA-3399301_0000001.pdf<br><br>Attachments<br>[SENSITIVE] 266T-BA-3399301_0000001_1A0000001_0000001.csv<br>[SENSITIVE] 266T-BA-3399301_0000001_1A0000001_0000002.pdf<br>266T-BA-3399301_0000001_1A0000002_0000001.jpg |
| 9/29/21 | 1 pdf & 6 attachments | **Work Up**<br>[SENSITIVE] 266T-BA-3399301_0000002.pdf<br><br>Attachments<br>266T-BA-3399301_0000002_1A0005063_0000001.pdf<br>266T-BA-3399301_0000002_1A0005063_0000002.pdf<br>266T-BA-3399301_0000002_1A0005063_0000003.docx<br>266T-BA-3399301_0000002_1A0005063_0000004.pdf<br>266T-BA-3399301_0000002_1A0005063_0000005.pdf<br>266T-BA-3399301_0000002_1A0005063_0000006.pdf |
| 9/29/21 | 1 pdf & 1 attachment | **Open Source Research**<br>266T-BA-3399301_0000003.pdf<br><br>Attachment<br>266T-BA-3399301_0000003_1A0000003_0000001.xlsx |
| 9/29/21 | 1 pdf | **Additional Checks**<br>266T-BA-3399301_0000005.pdf |
| 9/29/21 | 1 pdf & 2 attachments | **Review of Capitol Surveillance CCTV Video**<br>[SENSITIVE] 266T-BA-3399301_0000006.pdf<br><br>Attachments<br>[SENSITIVE] 266T-BA-3399301_0000006_1A0000004_0000001.pdf<br>[SENSITIVE] 266T-BA-3399301_0000006_1A0000005_0000001.pdf |
| 9/29/21 | 1 pdf | **Preservation Request to Facebook**<br>266T-BA-3399301_0000007.pdf |

| 9/29/21 | 1 pdf & 1 folder containing four JPG files and 1 MP4 file | **Open Source Facebook Captures**<br>266T-BA-3399301_0000008.pdf<br><br>Attachments<br>Contained in folder: 266T-BA-3399301_0000008_1A0000006_0000001 |
|---|---|---|
| 9/29/21 | 1 pdf | **Christopher Price's Facebook User ID**<br>266T-BA-3399301_0000009.pdf |
| 9/29/21 | 1 pdf & 2 attachments | **Preservation Request to Google, Inc.**<br>266T-BA-3399301_0000012.pdf<br><br>Attachments<br>266T-BA-3399301_0000012_1A0000007_0000001.pdf<br>266T-BA-3399301_0000012_Import.msg |
| 9/29/21 | 1 pdf & 2 attachments | **Opening Full Investigation**<br>[SENSITIVE]  266T-BA-3399301_0000013.pdf<br><br>Attachments<br>266T-BA-3399301_0000013_1A0000001_0000001.jpg<br>266T-BA-3399301_0000013_1A0000002_0000001.pdf |
| 9/29/21 | 1 pdf & 2 attachments | **Prosecution Package**<br>[SENSITIVE]  266T-BA-3399301_0000014.pdf<br><br>Attachments<br>[SENSITIVE]  266T-BA-3399301_0000014_1A0000008_0000001.docx<br>[SENSITIVE]  266T-BA-3399301_0000014_1A0000009_0000001.docx |
| 9/29/21 | 1 pdf & 5 attachments | **License Plate Reader Results**<br>[SENSITIVE]  266T-BA-3399301_0000015.pdf<br><br>Attachments<br>266T-BA-3399301_0000015_1A0000010_0000001.jpg<br>266T-BA-3399301_0000015_1A0000010_0000002.jpg<br>266T-BA-3399301_0000015_1A0000010_0000003.jpg<br>[SENSITIVE]  266T-BA-3399301_0000015_1A0000010_0000004.msg<br>266T-BA-3399301_0000015_1A0000010_0000005.jpg |
| 9/29/21 | 1 pdf | **Review of Records for \*\*\*-\*\*\*-4832**<br>[SENSITIVE]  266T-BA-3399301_0000016.pdf |

| 9/29/21 | 1 pdf & 2 attachments | **Motor Vehicle Records**<br>266T-BA-3399301_0000017.pdf<br><br>Attachments<br>266T-BA-3399301_0000017_1A0000011_0000001.pdf<br>266T-BA-3399301_0000017_1A0000011_0000002.pdf |
| 9/29/21 | 1 pdf | **License Plate Reader Results**<br>[SENSITIVE] 266T-BA-3399301_0000018.pdf |
| 9/29/21 | 1 pdf | **USCP Original Video Evidence Request**<br>[SENSITIVE] 266T-BA-3399301_0000019.pdf |
| 9/29/21 | 1 pdf & 4 attachments (2 pdf files and 2 zip folders containing photos) | **Interview of Witness**<br>[SENSITIVE] 266T-BA-3399301_0000020.pdf<br><br>Attachments<br>[SENSITIVE] 266T-BA-3399301_0000020_1A0000014_0000001.pdf<br>[SENSITIVE] 266T-BA-3399301_0000020_1A0000015_0000001.pdf<br>266T-BA-3399301_0000020_1A0000016_0000001.zip<br>266T-BA-3399301_0000020_1A0000016_0000002.zip |
| 9/29/21 | 1 pdf | **Additional USCP Original Video Evidence Request**<br>[SENSITIVE] 266T-BA-3399301_0000021.pdf |
| 9/29/21 | 1 pdf & 1 attachment | **Additional Capitol Media Review**<br>[SENSITIVE] 266T-BA-3399301_0000022.pdf<br><br>Attachment<br>[SENSITIVE] 266T-BA-3399301_0000022_1A0000018_0000001.pdf |
| 9/29/21 | 1 pdf & 1 attachment | **Cynthia Ballenger Interview**<br>[SENSITIVE] 266T-BA-3399301_0000023.pdf<br><br>Attachment<br>266T-BA-3399301_0000023_1A0000019_0000001.pdf |
| 9/29/21 | 1 pdf & 1 attachment | **Christopher Price Interview**<br>[SENSITIVE] 266T-BA-3399301_0000024.pdf<br><br>Attachment<br>266T-BA-3399301_0000024_1A0000009_0000001.pdf |
| 9/29/21 | 1 pdf & 2 attachments | **Receipt of Original Capitol Media**<br>266T-BA-3399301_0000025.pdf<br><br>Attachments<br>266T-BA-3399301_0000025_1A0000010_0000001_PHYSICAL.pdf<br>266T-BA-3399301_0000025_1A0000010_0000002_PHYSICAL.pdf |

| 9/29/21 | 1 pdf & 2 attachments | **Receipt of Additional Original Capitol Media** 266T-BA-3399301_0000026.pdf<br><br>Attachments<br>266T-BA-3399301_0000026_1A0000011_0000001_PHYSICAL.pdf<br>266T-BA-3399301_0000026_1A0000011_0000002_PHYSICAL.pdf |
|---|---|---|
| 9/29/21 | 1 pdf & 1 folder containing 6 pdf files | **Signed Criminal Complaint/Warrant/Statement of Facts** 266T-BA-3399301_0000027.pdf<br><br>Attachments<br>Contained in folder: 266T-BA-3399301_0000027_1A0000020_0000001 |
| 9/29/21 | 1 pdf & 1 attachment | **Ballenger Search Warrant** 266T-BA-3399301_0000029.pdf<br><br>Attachment<br>266T-BA-3399301_0000029_1A0000022_0000001.pdf |
| 9/29/21 | 1 pdf & 1 attachment | **Ballenger Phone Extraction** 266T-BA-3399301_0000030.pdf<br><br>Attachment<br>266T-BA-3399301_0000030_1A0000023_0000001.pdf |
| 9/29/21 | 1 pdf & 2 attachments | **Arrest of Christopher Price** 266T-BA-3399301_0000031.pdf<br><br>Attachments<br>266T-BA-3399301_0000031_1A0000014_0000001.pdf<br>266T-BA-3399301_0000031_1A0000015_0000001.pdf |
| 9/29/21 | 1 pdf & 2 attachments | **Arrest of Cynthia Ballenger** 266T-BA-3399301_0000032.pdf<br><br>Attachments<br>266T-BA-3399301_0000032_1A0000024_0000001.pdf<br>266T-BA-3399301_0000032_1A0000025_0000001.pdf |
| 9/29/21 | 1 pdf & 3 attachments | **Ballenger and Price Cell Phone Photographs** 266T-BA-3399301_0000033.pdf<br><br>Attachments<br>266T-BA-3399301_0000033_1A0000026_0000001.msg<br>266T-BA-3399301_0000033_1A0000026_0000002.msg<br>266T-BA-3399301_0000033_Import.msg |

| 9/29/21 | 1 pdf & 9 attachments | **Surveillance**<br>[SENSITIVE]  266T-BA-3399301-FISUR_0000001.pdf<br><br>Attachments<br>[SENSITIVE]  266T-BA-3399301-FISUR_0000001_1A0000001_0000001.pdf<br>266T-BA-3399301-FISUR_0000001_1A0000001_0000002.jpg<br>266T-BA-3399301-FISUR_0000001_1A0000001_0000003.jpg<br>266T-BA-3399301-FISUR_0000001_1A0000001_0000004.jpg<br>266T-BA-3399301-FISUR_0000001_1A0000001_0000005.jpg<br>266T-BA-3399301-FISUR_0000001_1A0000001_0000006.jpg<br>266T-BA-3399301-FISUR_0000001_1A0000001_0000007.jpg<br>266T-BA-3399301-FISUR_0000001_1A0000001_0000008.jpg<br>266T-BA-3399301-FISUR_0000001_1A0000002_0000001.png |
| 9/29/21 | 1 pdf & 1 attachment | **Surveillance**<br>[SENSITIVE]  266T-BA-3399301-FISUR_0000002.pdf<br><br>Attachment<br>266T-BA-3399301-FISUR_0000002_1A0000003_0000003.jpg |
| 9/29/21 | 1 pdf & 1 attachment | **Grand Jury Subpoena - AT&T**<br>266T-BA-3399301-GJ_0000001.pdf<br><br>Attachment<br>266T-BA-3399301-GJ_0000001_1A0000001_0000001.pdf |
| 9/29/21 | 1 pdf & 2 attachments | **Grand Jury Subpoena – Facebook**<br>266T-BA-3399301-GJ_0000002.pdf<br><br>Attachments<br>266T-BA-3399301-GJ_0000002_1A0000002_0000001.pdf<br>266T-BA-3399301-GJ_0000002_1A0000002_0000002.pdf |
| 9/29/21 | 1 pdf & 2 attachments | **Grand Jury Subpoena – Google**<br>266T-BA-3399301-GJ_0000003.pdf<br><br>Attachments<br>266T-BA-3399301-GJ_0000003_1A0000003_0000001.pdf<br>266T-BA-3399301-GJ_0000003_1A0000003_0000002.pdf |
| 9/29/21 | 1 pdf & 1 folder containing 2 pdf files and 1 ZIP file | **Production – Facebook**<br>266T-BA-3399301-GJ_0000004.pdf<br><br>Attachments<br>Contained in folder: 266T-BA-3399301-GJ_0000004_1A0000004_0000002 |

| 9/29/21 | 1 pdf & 1 folder containing 1 TIF file and 1 ZIP file | **Production - AT&T**<br>266T-BA-3399301-GJ_0000005.pdf<br><br>Attachments<br>Contained in folder: 266T-BA-3399301-GJ_0000005_1A0000005_0000002 |
|---------|------------------------------------------------------|------------------------------------------------------------------------|
| 9/29/21 | 1 pdf & 6 attachments | **Grand Jury Subpoenas - Equifax, Experian, and TransUnion**<br>266T-BA-3399301-GJ_0000007.pdf<br><br>Attachments<br>266T-BA-3399301-GJ_0000007_1A0000007_0000001.pdf<br>266T-BA-3399301-GJ_0000007_1A0000007_0000002.pdf<br>266T-BA-3399301-GJ_0000007_1A0000007_0000003.pdf<br>266T-BA-3399301-GJ_0000007_1A0000007_0000004.pdf<br>266T-BA-3399301-GJ_0000007_1A0000007_0000005.pdf<br>266T-BA-3399301-GJ_0000007_1A0000007_0000006.pdf |
| 9/29/21 | 1 pdf & 3 attachments | **Production – Equifax**<br>266T-BA-3399301-GJ_0000008.pdf<br><br>Attachments<br>266T-BA-3399301-GJ_0000008_1A0000008_0000001.pdf<br>266T-BA-3399301-GJ_0000008_1A0000008_0000002.pdf<br>266T-BA-3399301-GJ_0000008_1A0000008_0000003.pdf |
| 9/29/21 | 1 pdf & 4 attachments | **Grand Jury Subpoenas - PNC and Bank of America**<br>266T-BA-3399301-GJ_0000009.pdf<br><br>Attachments<br>266T-BA-3399301-GJ_0000009_1A0000009_0000001.pdf<br>266T-BA-3399301-GJ_0000009_1A0000009_0000002.pdf<br>266T-BA-3399301-GJ_0000009_1A0000009_0000003.pdf<br>266T-BA-3399301-GJ_0000009_1A0000009_0000004.pdf |
| 9/29/21 | 1 pdf & 3 attachments | **Review of AT&T, Facebook, and Google Subpoena Returns**<br>[SENSITIVE]  266T-BA-3399301-GJ_0000010.pdf<br><br>Attachments<br>266T-BA-3399301-GJ_0000010_1A0000010_0000001.pdf<br>266T-BA-3399301-GJ_0000010_1A0000011_0000001.pdf<br>266T-BA-3399301-GJ_0000010_1A0000011_0000002.pdf |

| | | |
|---|---|---|
| 9/29/21 | 1 pdf & 3 attachments | **Experian Subpoena Returns**<br>266T-BA-3399301-GJ_0000011.pdf<br><br>Attachments<br>266T-BA-3399301-GJ_0000011_1A0000013_0000001.pdf<br>266T-BA-3399301-GJ_0000011_1A0000013_0000002.pdf<br>266T-BA-3399301-GJ_0000011_1A0000013_0000003.pdf |
| 9/29/21 | 1 pdf & 1 attachment | **Bank of America Subpoena Returns**<br>266T-BA-3399301-GJ_0000012.pdf<br><br>Attachment<br>266T-BA-3399301-GJ_0000012_1A0000014_0000001.pdf |
| 9/29/21 | 1 pdf & 1 attachment | **TransUnion Grand Jury Subpoena Return**<br>266T-BA-3399301-GJ_0000013.pdf<br><br>Attachment<br>266T-BA-3399301-GJ_0000013_1A0000015_0000001.pdf |
| 9/29/21 | 1 pdf & 2 attachments (1 pdf & 1 folder containing 2 ZIP files) | **Production – Google**<br>266T-BA-3399301-GJ_0000014.pdf<br><br>Attachments<br>266T-BA-3399301-GJ_0000014_1A0000016_0000001.pdf<br>Folder: 266T-BA-3399301-GJ_0000014_1A0000016_0000003 |
| 9/29/21 | 1 pdf & 1 attachment | **PNC Subpoena Returns**<br>266T-BA-3399301-GJ_0000015.pdf<br><br>Attachment<br>266T-BA-3399301-GJ_0000015_1A0000017_0000001.pdf |
| 9/29/21 | 1 pdf & 3 attachments | **Christopher Price Record Checks**<br>[SENSITIVE] 266T-BA-3418388_0000002.pdf<br><br>Attachments<br>266T-BA-3418388_0000002_1A0000003_0000001.pdf<br>266T-BA-3418388_0000002_1A0000003_0000002.pdf<br>266T-BA-3418388_0000002_1A0000003_0000003.pdf |
| 9/29/21 | 1 pdf & 1 attachment | **Google Preservation Request**<br>266T-BA-3418388_0000010.pdf<br><br>Attachment<br>266T-BA-3418388_0000010_1A0000004_0000001.pdf |

| 9/29/21 | 1 pdf & 2 attachment | **Christopher Price Location Information**<br>[SENSITIVE]  266T-BA-3418388_0000011.pdf<br><br>Attachments<br>[SENSITIVE]  266T-BA-3418388_0000011_1A0000005_0000001.csv<br>[SENSITIVE]  266T-BA-3418388_0000011_1A0000005_0000002.pdf |
| 9/29/21 | 1 pdf & 2 attachment | **Christopher Price Prosecution Package**<br>[SENSITIVE]  266T-BA-3418388_0000012.pdf<br><br>Attachments<br>[SENSITIVE]  266T-BA-3418388_0000012_1A0000006_0000001.docx<br>[SENSITIVE]  266T-BA-3418388_0000012_1A0000007_0000001.docx |
| 9/29/21 | 1 pdf | **Christopher Price Email Information**<br>266T-BA-3418388_0000013.pdf |
| 9/29/21 | 1 pdf | **Review of Phone Records for \*\*\*-\*\*\*-0043**<br>[SENSITIVE]  266T-BA-3418388_0000015.pdf |
| 9/29/21 | 1 pdf & 1 attachment | **Open Source Research Associated with Christopher Price**<br>266T-BA-3418388_0000017.pdf<br><br>Attachment<br>266T-BA-3418388_0000017_1A0000008_0000001.xlsx |
| 9/29/21 | 1 pdf & 1 attachment | **Christopher Price Search Warrant**<br>266T-BA-3418388_0000029.pdf<br><br>Attachment<br>266T-BA-3418388_0000029_1A0000012_0000001.pdf |
| 9/29/21 | 1 pdf & 1 attachment | **Christopher Price Cell Phone Extraction**<br>266T-BA-3418388_0000030.pdf<br><br>Attachment<br>266T-BA-3418388_0000030_1A0000013_0000001.pdf |
| 9/29/21 | 1 pdf | **Collection Sample**<br>266T-BA-3418388_0000035.pdf |
| 9/29/21 | 1 pdf & 1 attachment | **Grand Jury Subpoena - AT&T**<br>266T-BA-3418388-GJ_0000001.pdf<br><br>Attachment<br>266T-BA-3418388-GJ_0000001_1A0000001_0000001.pdf |

| 9/29/21 | 1 pdf & 2 attachments | **Grand Jury Subpoena - Google**<br>266T-BA-3418388-GJ_0000002.pdf<br><br>Attachments<br>266T-BA-3418388-GJ_0000002_1A0000002_0000001.pdf<br>266T-BA-3418388-GJ_0000002_1A0000002_0000002.pdf |
| 9/29/21 | 1 pdf & 2 attachments | **Grand Jury Subpoena - Facebook**<br>266T-BA-3418388-GJ_0000003.pdf<br><br>Attachments<br>266T-BA-3418388-GJ_0000003_1A0000003_0000001.pdf<br>266T-BA-3418388-GJ_0000003_1A0000003_0000002.pdf |
| 9/29/21 | 1 pdf & 1 folder containing 1 pdf file and 1 ZIP file | **Production – Google**<br>266T-BA-3418388-GJ_0000004.pdf<br><br>Attachments<br>Contained in folder: 266T-BA-3418388-GJ_0000004_1A0000004_0000001 |
| 9/29/21 | 1 pdf & 1 folder containing 2 pdf files and 1 ZIP file | **Production – Facebook**<br>266T-BA-3418388-GJ_0000005.pdf<br><br>Attachments<br>Contained in folder: 266T-BA-3418388-GJ_0000005_1A0000005_0000001 |
| 9/29/21 | 1 pdf & 1 folder containing 1 TIF file and 1 ZIP file | **Production – AT&T**<br>266T-BA-3418388-GJ_0000006.pdf<br><br>Attachments<br>Contained in folder: 266T-BA-3418388-GJ_0000006_1A0000006_0000002 |
| 9/29/21 | 1 pdf & 1 folder containing 3 pdf files and 1 pdf | **Production – Bank of America**<br>266T-BA-3418388-GJ_0000014.pdf<br><br>Attachments<br>Contained in folder (3 pdf files): 266T-BA-3418388-GJ_0000014_1A0000007_0000001<br>266T-BA-3418388-GJ_0000014_1A0000007_0000002.pdf |

Respectfully,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

By:    _/s/ *Jacob R. Steiner*_____
Jacob R. Steiner
Trial Attorney, Detailee